UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARMAR JO MONN WILLIAMS,<br>　　　Plaintiff,<br>　　v.<br>THE STATE OF CA DEPT. OF CORRECTIONS, et al.,<br>　　　Defendants. | Case No. 16-04845 EJD (PR)<br>**ORDER OF DISMISSAL** |

Plaintiff, a California state prisoner, filed a pro se civil rights complaint pursuant to 42 U.S.C. § 1983. On August 2, 2017, the Court dismissed the complaint with leave to amend. (Docket No. 21.) Plaintiff was advised that failure to file an amended complaint within 28 days would result in the dismissal of this action without prejudice and without further notice to Plaintiff. (Id. at 5.)

The deadline for Plaintiff to comply with the Court's order has passed. Because Plaintiff has failed to file an amended complaint, this action is **DISMISSED** without prejudice. The Clerk shall terminate all pending motions and close the file.

**IT IS SO ORDERED.**

Dated: 9/18/2017　　　　　　　　　　　　　＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿＿

　　　　　　　　　　　　　　　　　　　　　EDWARD J. DAVILA
　　　　　　　　　　　　　　　　　　　　　United States District Judge

P:\PRO-SE\EJD\CR.16\04845Williams_dis-ac.docx